

# Fourth Court of Appeals
## San Antonio, Texas

December 21, 2015

No. 04-15-00693-CV

Teresita **CUTLER**,
Appellant

v.

Ernest Eugene **CUTLER**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-00007
Honorable Michael E. Mery, Judge Presiding

# O R D E R

The district clerk's motion for extension of time to file the record is granted in part and denied in part. We order Donna Kay McKinney, Bexar County District Clerk, to file the clerk's record by January 13, 2016.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of December, 2015.

_____
Keith E. Hottle
Clerk of Court